UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD MORRELL, #955782,

    Plaintiff,                                  Case No. 17-cv-10780
                                                    Hon. Matthew F. Leitman

v.

MICHIGAN SUPREME COURT, *et al.*,

    Defendants.

_____/

## **ORDER OF DISMISSAL WITHOUT PREJUDICE**

Michigan prisoner Ronald Morrell has filed a pro se pleading with the Court concerning his current confinement. The pleading is deficient because it does not clearly identify the cause(s) of action that he is asserting, the federal statute(s) under which he seeks to proceed, the relief that he seeks, or the proper defendants or respondents to the action. At the time Morrell filed his pleading, he also failed to submit any filing fees for this case or to submit an appropriate application to proceed in forma pauperis. *See* 28 U.S.C. §§ 1914(a); 1915. The filing fee for a civil rights action is $350.00 with a $50.00 administrative fee. *See* 28 U.S.C. § 1914(a); Judicial Conference Schedule of Fees, § 14, foll. 28 U.S.C. § 1914(a). The filing fee for a habeas action is $5.00. *See* 28 U.S.C. § 1914(a); Rule 3, Rules Governing § 2254 Cases.

1

On April 10, 2017, the Court issued a deficiency order requiring Morrell to submit a proper civil rights complaint, a petition for a writ of habeas corpus, or other appropriate civil action with this Court and to submit either the appropriate filing and administrative fees or a completed, signed and dated application to proceed in forma pauperis (or to proceed without prepayment of the filing fee) within 60 days. The order provided that if Morrell did not do so, his case would be dismissed.

Morrell has failed to correct the cited deficiencies within the allotted time for doing so. Accordingly, the Court **DISMISSES** this case **WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 6, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 6, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764