UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD MORRELL, #955782,

    Plaintiff,                                          Case No. 17-cv-10780
                                                        Hon. Matthew F. Leitman

v.

MICHIGAN SUPREME COURT, *et al.*,

    Defendants.

_____/

## **JUDGMENT**

In accordance with the Court's Order of Dismissal Without Prejudice, dated July 6, 2017,

IT IS ORDERED AND ADJUDGED that the case is dismissed without prejudice.

                                                                         DAVID J. WEAVER
                                                                         CLERK OF COURT

                                                    By:    s/Holly A. Monda
                                                                         Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: July 6, 2017
Detroit, Michigan

1